

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00374-CV

———————————————

IN RE MBH REAL ESTATE, LLC, AFI LOAN SERVICING, LLC, ANSON FINANCIAL, INC., J. MICHAEL FERGUSON, P.C., Relators

Original Proceeding
67th District Court of Tarrant County, Texas
Trial Court No. 067-311209-19

Before Sudderth, C.J.; Gabriel and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: December 1, 2020